FILED
MARY L. SWAIN
BUTLER COUNTY
CLERK OF COURTS
11/21/2022 01:34 PM
CV 2021 02 0161

# IN THE COURT OF COMMON PLEAS
# BUTLER COUNTY, OHIO

| | | |
|---|---|---|
| STEVE ROBERTSON TRUCKING LLC | : | Case No. CV 2021 02 0161 |
| Plaintiff/Counterclaim Defendant, | : | (Judge J. Gregory Howard) |
| v. | : | **JUDGMENT FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT AND AGAINST DEFENDANT AND COUNTERCLAIMANT** |
| RYAN TODD a/k/a ANTHONY TODD a/k/a RYAN ANTHONY PRESTON TODD a/k/a RYAN ANTHONY TODD | : | **FINAL APPEALABLE ORDER** |
| Defendant/Counterclaimant. | : | SERVICE BY CLERK ENDORSED HEREIN |

The Court having conducted a trial of the claims and counterclaims in this matter, having considered the testimony and exhibits presented, counsel's arguments, and all matters of record, hereby finds that Plaintiff Steve Robertson Trucking, LLC ("Plaintiff") is awarded judgment in its favor and against Defendant Ryan Todd a/k/a Anthony Todd a/k/a Ryan Anthony Preston Todd a/k/a Ryan Anthony Todd ("Defendant") for damages for breach of contract in the principal sum of $73,147.95 and for damages for conversion in the principal sum of $9,950, punitive damages of $19,900, and reasonable attorney's fees of $37,616.50. Interest accrues on all amounts at the statutory rate until paid in full.

A directed verdict is granted in favor Plaintiff and against Defendant on all counterclaims and Defendant takes nothing thereby. All costs are taxed to Defendant.

SO ORDERED.

2

_____
        Judge J. Gregory Howard
**PRAECIPE FOR SERVICE**

    The clerk of courts is hereby requested to serve this judgment via first class mail upon Defendant and Counterclaimant as follows:

| | |
|---|---|
| RYAN TODD a/k/a ANTHONY TODD a/k/a RYAN ANTHONY PRESTON TODD a/k/a RYAN ANTHONY TODD<br>615 Colony Trail<br>New Carlisle, OH 45344 | RYAN TODD a/k/a ANTHONY TODD a/k/a RYAN ANTHONY PRESTON TODD a/k/a RYAN ANTHONY TODD<br>8120 State Route 28<br>Leesburg, OH 45135 |